IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>MANSIONES DE HACIENDA JIMENEZ CORP.<br>Defendant | CRIMINAL 12-0925CCC |

**ORDER**

Having considered the Report and Recommendation filed on January 11, 2013 (**docket entry 9**) on a Rule 11 proceeding of defendant Mansiones de Hacienda Jiménez, Corp. held before U.S. Magistrate Judge Marcos E. López on December 12, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that its plea was voluntary and intelligently entered with awareness of its rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. However, the Court will defer its decision on whether to accept the parties' Fed. R. Crim.P.11(c)(1)(C) Plea Agreement until it reviewd the Pre-Sentence Report, pursuant to Fed. R. Crim.P.11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 12, 2012. The **sentencing hearing is set for February 28, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge